THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN ROOKOWER, Appellant.—

Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.